PROB 12B
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Petition to Modify the Condition or Term of Supervision
*(Probation Form 49 Waiver of Hearing on the Modification is attached)*

Name of Offender: <u>Bobby Lee Scales</u>  Case Number: <u>3:14-00127-01</u>

Name of Current Judicial Officer: <u>Honorable Todd J. Campbell, U. S. District Judge</u>

Name of Sentencing Judicial Officer: <u>Lynwood Smith, U.S. District Judge (ND/AL)</u>

Date of Original Sentence: <u>January 23, 1997</u>

Original Offense: <u>21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846, Conspiracy to Distribute, and Possession with Intent to Distribute, Cocaine Base</u>

Original Sentence: <u>480 months' custody and 60 months' supervised release; reduced on January 20, 1998, to 240 months custody</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>March 20, 2014</u>

Assistant U.S. Attorney: <u>Unassigned</u>  Defense Attorney: <u>Unassigned</u>

## PETITIONING THE COURT

■ To modify the release conditions as follows:

**The removal of the following conditions:**

**1. The defendant shall have only one telephone line and agrees that the telephone may be monitored by law enforcement and/or the U.S. Probation Office.**

**2. The defendant shall have no other communication device other than the one telephone line that may be monitored, to include, but not limited to, beepers, cellular phones, or short-wave devices.**

THE COURT ORDERS:
☐ A hearing to consider the modification is scheduled for:
☐ No Action
☐ The extension of supervision as noted above.
☒ The modification(s) as noted above.
☐ Other

Considered this <u>3</u> day of <u>Oct</u>, 2014 and made a part of the records in the above case.

_____
Todd J. Campbell
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Joshua Smith
U.S. Probation Officer

Place    Nashville, Tennessee

Date    September 30, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

N/A              N/A


**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Scales began supervised release on March 20, 2014. He is scheduled to terminate supervised release on March 19, 2019.

Mr. Scales is employed at Huxtable Electric and is currently enrolled in an electrical apprenticeship.

It is recommended that the conditions listed above be removed. The removal of the conditions would permit Mr. Scales to obtain a cellular phone which would increase his availability and communication with the U.S. Probation Office and potential employment benefits.

**U.S. Probation Officer Recommendation:**

It is recommended that the offender's release conditions be modified as indicated.

The U. S. Attorney's Office agrees with the proposed modification.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# MIDDLE DISTRICT OF TENNESSEE

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The removal of the following conditions:

1. The defendant shall have only one telephone line and agrees that the telephone may be monitored by law enforcement and/or the U.S. Probation Office.

2. The defendant shall have no other communication device other than the one telephone line that may be monitored, to include, but not limited to, beepers, cellular phones, or short-wave devices.

Witness: Joshua Smith
U.S. Probation Officer

Signed: Bobby Lee Scales
Probationer or Supervised Releasee

September 19, 2014
Date